# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

138100(62)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

LORRAINE HAYES,
       Plaintiff-Appellee,

v

KIMBERLY LANGFORD,
       Defendant-Appellant.

SC: 138100
COA: 280049
Wayne CC: 06-610484-NO

_____/

      On order of the Court, the motion for reconsideration of this Court's July 7, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      CORRIGAN, J., would grant the motion for reconsideration for the reasons set forth in Justice Markman's dissenting statement in this case, 483 Mich 1125 (2009).

      MARKMAN, J., would grant the motion for reconsideration and, on reconsideration, would vacate this Court's order of July 7, 2009, and reverse the Court of Appeals for the reasons set forth in his dissenting statement in this case, 483 Mich 1125 (2009).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk

d1019